```
1  BENJAMIN B. WAGNER
   United States Attorney
2  MICHAEL M. BECKWITH
   Assistant U.S. Attorney
3  501 I St., Suite 10-100
   Sacramento, California  95814
4  Telephone: (916) 554-2729
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR. No. S 2:08-389 GEB |
|---|---|---|
| | ) | CR. No. S 2:08-390 GEB |
| | ) | CR. No. S 2:08-391 GEB |
| Plaintiff, | ) | |
| | ) | [PROPOSED] ORDER |
| v. | ) | |
| | ) | |
| KEOUDONE NOY PHAOUTHOUM, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

For the reasons set forth in the motion to dismiss filed by the United States, **IT IS HEREBY ORDERED** that:

The Indictment's in case numbers CR-S-08-389 GEB, CR-S-08-390 GEB, and CR-S-08-391 GEB, as to defendant KEOUDONE NOY PHAOUTHOUM are hereby DISMISSED pursuant to Federal Rule of Criminal Procedure 48(a) without prejudice.

Dated:  March 26, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

1